IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Timothy Jerome Battle** : | |
| : | |
| **Plaintiff** : | |
| : | **Case No.: 1:14-CV-03294-TCB-JFK** |
| **vs.** : | |
| : | |
| **National Credit Systems, Inc.** : | |
| : | |
| **Defendants** : | |

**Plaintiff's Notice Of Dismissal**

Comes now the Plaintiff, by and through Counsel, and in accordance with FRCP 41(a)(1)(A)(i) and voluntarily dismisses the this action with prejudice following the approval of the Plaintiff's Motion To Compromise.

Dated this the 7th day of April, 2015.

_____/s/_____
Matthew T. Berry, Bar No. 055663
Berry & Associates
2751 Buford Highway, Suite 400
Atlanta, Georgia 30324
(404) 235-3334
matt@mattberry.com